IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHERYL PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-cv-02154 |
| v. ) | Senior Judge Haynes |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The Court has been informed by the mediator (Docket Entry No. 39) that parties have settled this case. This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 12th day of April, 2016.

*Todd Campbell*
TODD J. CAMPBELL
United States District Judge